IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling Division

DAVID and KIMBERLY JOHNSON, et al.,

           Plaintiffs,

v.

           Consolidated Case Nos. 2:18-cv-128, 2:19-cv-20, 2:18-cv-132, 2:18-cv-133, 2:19-cv-34

OCWEN LOAN SERVICING, LLC, et al.,

           Defendants.

---

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DIVISION OF WEST VIRGINIA
Elkins Division

TERRY AND BARBARA GOWER,

           Plaintiffs,

vs.

           Case No. 2:19-cv-20

OCWEN LOAN SERVICING, LLC,

           Defendant.

### NOTICE OF SETTLEMENT

Plaintiffs Terry and Barbara Gower, and their counsel hereby notify the Court that the above-captioned matter has been settled in principle.  The parties expect the settlement to be completed over the next sixty days.  An agreed dismissal order will be submitted when the settlement is completed.

           TERRY and BARBARA GOWER, Plaintiffs

By:    /s/ Jason E. Causey
        Jason E. Causey #9482
        Bordas & Bordas PLLC
        1358 National Road
        Wheeling, WV  26003
        (304) 242-8410
        *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

Service of the foregoing **NOTICE OF SETTLEMENT** was had upon the Defendants herein on the 9th day of April, 2020, by filing electronically with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jason E. Manning, Esq.
Megan E. Burns, Esq.
Troutman Sanders LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA  23462

TERRY and BARBARA GOWER,
Plaintiffs

By:     /s/ Jason E. Causey
Jason E. Causey #9482
Bordas & Bordas PLLC
1358 National Road
Wheeling, WV  26003
(304) 242-8410
*Counsel for Plaintiffs*

2