# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# ELKINS DIVISION

**TERRY and BARBARA GOWER,**

    **Plaintiffs,**

**v.**                                                                          **Civil Action No. 2:19-cv-00020-TSK**

**OCWEN LOAN SERVICING, LLC,**

    **Defendant.**

## AGREED ORDER OF DISMISSAL

Upon the agreement and stipulation of the parties, Plaintiffs Terry and Barbara Gower ("Plaintiffs"), and Defendant Ocwen Loan Servicing, LLC ("Ocwen"), by counsel, present to the Court that all matters in controversy herein have been compromised, settled and agreed, and move the Court to dismiss this action with prejudice against said Defendant.

Accordingly, it is hereby **ORDERED** that Plaintiffs' Complaint and the claims set forth therein are **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that the Clerk of this Court mail a certified copy of this Order to counsel of record.

    **IT IS SO ORDERED.**

Date: _____

                                     _____
                                     HONORABLE THOMAS S. KLEEH
                                     UNITED STATES DISTRICT JUDGE

WE ASK FOR THIS:


/s/Jason E. Causey
Jason E. Causey (WV Bar No. 9482)
BORDAS & BORDAS, PLLC
1358 National Road
Wheeling, WV 26003
Phone: (304) 242-8410
jcausey@bordaslaw.com
*Counsel for Plaintiffs Terry & Barbara Gower*


/s/Jason E. Manning
Jason E. Manning, Esq. (WV Bar No. 11277)
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7564
jason.manning@troutman.com
*Counsel for Defendant Ocwen Loan Servicing, LLC*

42430819